IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY HUGH HALL,

    Petitioner,                    No. CIV-S-02-1187 DFL KJM P

    vs.

D. G. ADAMS, et al.,

    Respondents.                <u>ORDER</u>

        Petitioner has requested an extension of time to file a fourth amended petition for writ of habeas corpus. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's April 17, 2005 request for an extension of time is granted; and

        2. Petitioner is granted until June 16, 2005 to file his fourth amended petition for writ of habeas corpus.

DATED: April 22, 2005.

                                    UNITED STATES MAGISTRATE JUDGE

1
hall1187.111