IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY HUGH HALL,

    Petitioner,                       No. CIV S-02-1187 DFL KJM P

   vs.

D. G. ADAMS, et al.,

    Respondents.                 <u>ORDER</u>

_____/

       Petitioner, a state prisoner proceeding with counsel, has filed a request for an extension of time to file a fourth amended application for writ of habeas corpus under 28 U.S.C. § 2254.  Good cause appearing, petitioner's request for an extension of time will be granted and petitioner's fourth amended application for writ of habeas corpus will be deemed timely.

       Because petitioner may be entitled to relief if the violation of constitutional rights asserted in petitioner's fourth amended habeas application are proved, respondents will be directed to file a response.

/////

/////

/////

/////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's June 14, 2005 request for an extension of time to file a fourth amended application for writ of habeas corpus is granted.

2. Petitioner's June 20, 2004 application for writ of habeas corpus is deemed timely.

3. Respondents are directed to file an answer with respect to petitioner's fourth amended habeas application within thirty days from the date of this order. <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases. The answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the habeas application. <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases.

4. Petitioner's traverse, if any, shall be filed and served within thirty days after service of the answer.

DATED: June 29, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] hall1187.100