IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY HUGH HALL,

    Petitioner,                   No. CIV-S-02-1187 DFL KJM P

   vs.

D.G. ADAMS, et al.,

    Respondents.              <u>ORDER</u>

_____/

      Petitioner has requested an extension of time to file objections to the court's March 1, 2006 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Petitioner's May 4, 2006 request for an extension of time is granted; and

      2. Petitioner is granted thirty days from the date of this order in which to file objections to the court's March 1, 2006 findings and recommendations.

DATED: May 8, 2006.

                                              _____
                                              UNITED STATES MAGISTRATE JUDGE

1
hall1187.111