IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY HUGH HALL,

    Petitioner,                   No. CIV S-02-1187 DFL KJM P

    vs.

D.G. ADAMS, et al.,

    Respondents.              ORDER

                               /

         Petitioner has requested an extension of time to file objections to the court's March 1, 2006 findings and recommendations.  Good cause appearing, IT IS HEREBY ORDERED that:

         1. Petitioner's June 8, 2006 request for an extension of time is granted; and

         2. Petitioner is granted until July 23, 2006 to file objections to the court's March 1, 2006 findings and recommendations.

DATED:  June 16, 2006.

                                                          UNITED STATES MAGISTRATE JUDGE

1
hugh1187.111(a)