IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY HUGH HALL,

    Petitioner,                   No. CIV-S-02-1187 DFL KJM P

    vs.

D.G. ADAMS,

    Respondent.               ORDER

_____/

        Petitioner has timely-filed a notice of appeal of this court's August 31, 2006 denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

/////

/////

/////

1  For the reasons set forth in the magistrate judge's March 1, 2006 findings and
2  recommendations, petitioner has not made a substantial showing of the denial of a constitutional
3  right. Accordingly, a certificate of appealability should not issue in this action.
4  IT IS SO ORDERED.
5  DATED: 10/2/2006

_____
DAVID F. LEVI
United States District Judge