**FILED**

SEP 24 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| TIMOTHY HUGH HALL, | No. 06-16904 |
|---|---|
| Petitioner - Appellant, | D.C. No. CV-02-01187-DFL |
| v. | Eastern District of California, Sacramento |
| D. G. ADAMS, Warden, | |
| Respondent - Appellee. | ORDER |

**FILED**

SEP 25 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

On August 10, 2007, this court ordered appellant, within 21 days, either to pay the filing fees or move to proceed in forma pauperis. The order warned appellant that failure to pay the fees or to move to proceed in forma pauperis would result in the automatic dismissal of the appeal by the Clerk of the Court. To date, appellant has not complied with the court's order. Accordingly, this appeal is dismissed for failure to prosecute. *See* 9th Cir. R. 42-1.

The certified copy of this order sent to the district court shall constitute the mandate.

For the Court

Raejean M. Battin
Motions Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

SEP 24 2007

by: _____
Deputy Clerk

S:\MOATT\Clrkords\09-07\rb\06-16904.wpd